DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

19 AUGUST 2014

| 058P14 | James Hinson v. City of Greensboro, David Wray, Former Police Chief of the City of Greensboro, in his official and individual capacity, and Randall Brady, Former Deputy Police Chief of the City of Greensboro, in his official and individual capacity | 1. Defs' (David Wray and Randall Brady) PDR Under N.C.G.S. § 7A-31 (COA13-404)<br><br>2. Defs' (David Wray and Randall Brady) Motion to Withdraw PDR | 1. ---<br><br><br>2. Allowed 07/09/2014 |
|---|---|---|---|
| 072PA14 | State v. Charles Anthony McGrady | Def's Motion for Appointment of Counsel | Allowed 06/24/2014 |
| 073P11-2 | State v. Norman Ray Roberts, III | Def's Petition for *Writ of Certiorari* to Review Decision of COA (COA13-1111) | Dismissed |
| 074P14-2 | State v. Jackie Lee Dover, Sr. | Def's *Pro Se* Motion for PDR (COA12-457) | Dismissed |
| 083P14 | Thomas Adair Hall v. North Carolina Services Corporation, and Manheim Remarketing, Inc. and Manheim Corporate services, Inc., All a/k/a or d/b/a Manheim Statesville, Manheim Consulting, Total Resource Auctions, and/or Statesville Auto Auction PMA Insurance Group, Carrier and Shelor Chevrolet Corporation, Employer | 1. Employer and Carrier's Motion for Temporary Stay (COA13-781)<br><br><br><br>2. Employer and Carrier's Petition for *Writ of Supersedeas*<br>3. Employer and Carrier's PDR | 1. Allowed 03/11/2014 Dissolved 08/19/2014<br><br><br>2. Denied<br><br>3. Denied |
| 091P11-2 | State v. Ron Dale Johnson | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Granville County<br><br>2. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br><br>2. Dismissed as Moot |